IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRIC HALL (ADC #140595)                                                                    PLAINTIFF

v.                                  Case No. 6:13-cv-06118

LT. CLARK                                                                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 15, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21).  Judge Bryant recommends Plaintiff's Complaint (ECF No. 2) be dismissed with prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge